Cindy M. Park, Esq. (SBN 217066)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 1100
Irvine, California 92614
Telephone:  949.862.4799
Facsimile:  901.492.5641
Email:  cindy.park@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIYA PENNY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; TRAVIS DYE, an individual; and DOES 1 - 10, inclusive<br><br>Defendants. | **Case No.: 5:25-CV-02974**<br><br>[San Bernardino Superior Court Case No.: CIVRS2508336]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  October 1, 2025<br>Trial Date:           Not set |

**TO THE UNITED STATE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF MANIYA PENNY AND HER ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Maniya Penny ("Plaintiff") and

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 1100
IRVINE, CA 92614

(323586)

1
NOTICE OF SETTLEMENT

1  Defendant Federal Express Corporation ("Defendant") have entered into a settlement
2  agreement of the above-entitled action. Plaintiff will file a Request for Dismissal of
3  the action, with prejudice, upon receipt of the settlement funds. Accordingly, this
4  matter may be removed from the Court's docket.

DATED: 11/26/2025                    Respectfully submitted,

By: _____
Cindy M. Park, Esq.
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 1100
IRVINE, CA 92614

(323586)                                2
                            NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE
*Maniya Penny v. Federal Express Corporation, et al.*
**U.S. Central District of California Court Case No.: 5:25-cv-02974**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 1100, Irvine, California 92614.

On November 26, 2025 I served the within document(s): **NOTICE OF SETTLEMENT**

☒ With the Clerk of the Court for the United States District Court-Central District of CA by using the Court's CM/ECF system and that service will be accomplished by the court's CM/ECF system to the person(s) as set forth below.

☐ by transmitting via email, the document(s) listed above to the email addresses set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 1100, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Joshua I. White, Esq.
Preetpal S. Toor, Esq.
LAUREL EMPLOYMENT LAW
808 Wilshire Blvd, Suite 200
Santa Monica, CA 90401
Tel: (323) 551-9221
Fax: (310) 564-4090
Email: josh@laurelemploymentlaw.com;
preetpal@lauralemploymentlaw.com
**Counsel for Plaintiff, *MANIYA PENNY***

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2025, at Irvine, California.

*/s/ Ava Baghai*

Ava Baghai

Federal Express Corporation
2601 Main Street
Suite 1100
Irvine, CA 92614

(321483)

3

NOTICE OF SETTLEMENT