**LAUREL EMPLOYMENT LAW APC**
JOSHUA I. WHITE (SBN 278166)
josh@laurelemploymentlaw.com
PREETPAL S. TOOR (SBN 325663)
pricne@laurelemploymentlaw.com
808 Wilshire Blvd., Suite 200
Santa Monica, California, 90401
Telephone: 310-551-9221
Facsimile: 310-564-4093

Attorneys for Plaintiff
MANIYA PENNY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIYA PENNY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL EXPRESS CORPORATION, a Delaware Corporation; TRAVIS DYE, an individual; and DOES 1 - 10, inclusive <br><br> Defendants. | **Case No.: 5:25-cv-02974-SB-AS** <br><br> Assigned for All Purposes to: <br> Hon. Stanley Blumenfeld, Jr. <br> Courtroom 6C <br><br> **NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS** <br><br> Complaint Filed: October 1, 2025 <br> Trial Date:      None Set Yet |

**TO THE UNITED STATE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES OF RECORD, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on January 6, 2026, Plaintiff MANIYA PENNY ("Plaintiff") and Defendant FEDERAL EXPRESS CORPORATION ("Defendant") entered into a settlement agreement of the above-entitled litigation.

Pursuant to this settlement agreement between the parties, Plaintiff has agreed to file a Request for Dismissal of the entire action, with prejudice, upon receipt of all settlement funds from Defendant. Accordingly, the parties request that the case be stayed and all pending matters before this Court be removed from the docket.

DATED:   January 8, 2026        **LAUREL EMPLOYMENT LAW APC**

/s/Preetpal Toor
Joshua I. White, Esq.
Preetpal S. Toor, Esq.
Attorneys for Plaintiff
MANIYA PENNY

# CERTIFICATE OF SERVICE
*Maniya Penny v. Federal Express Corporation, et al.*
U.S. Central District of California Court Case No.: 5:25-cv-02974

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 808 Wilshire Blvd., Suite 200, Santa Monica, California 90401.

On January 8, 2026 I served the within document(s): **NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS**

☒ With the Clerk of the Court for the United States District Court-Central District of CA by using the Court's CM/ECF system and that service will be accomplished by the court's CM/ECF system to the person(s) as set forth below.

> Cindy M. Park, Esq.
> FEDERAL EXPRESS CORPORATION
> 2601 Main Street, Suite 1100
> Irvine, California 92614
> Telephone: 949.862.4799
> Facsimile: 901.492.5641
> Email: cindy.park@fedex.com
>
> Counsel for Defendant,
> FEDERAL EXPRESS CORPORATION

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2026, at Santa Monica, California.

    /s/Rolando Castellanos
    Rolando Castellanos